## Commonwealth *v.* Mortland, Appellant.

Submitted March 15, 1971. *Fred I. Noch,* Public Defender, for appellant; *Grant E. Wesner,* Assistant District Attorney, and *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Needham, Appellant.

Submitted March 8, 1971. *John R. Walker,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant; *Edward S. Newlin,* Second Assistant District Attorney, and *Jay L. Benedict,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.